# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BANK OF AMERICA NA,**

       **Appellant,**

**v.**                                                          **Case No:   6:14-cv-186-Orl-31**

**KIMBERLEY COLETTE NEMCIK,**

       **Appellee.**

## ORDER

For the reasons set forth in the Motion for Summary Affirmance (Doc. 9) filed by Bank of America, N.A., the Order Granting Motion to Strip Lien of Bank of America entered by the United States Bankruptcy Court for the Middle District of Florida (Jackson, J.) on December 17, 2013 is hereby AFFIRMED.   Bank of America retains its right to appeal this Court's order and judgment.   The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 14, 2014.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party